# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                  Plaintiff,

V.

THE PREMISES AND REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS LOCATED AT 1310 SPRING LAKE ROAD, IN THE TOWN OF CONQUEST, CITY OF PORT BYRON, NEW YORK, IN THE NAME OF DANIEL J. FEENEY, MORE PARTICULARLY DESCRIBED IN A DEED DATED DECEMBER 17TH, 1982 AND RECORDED IN THE CAYUGA COUNTY CLERK'S OFFICE ON DECEMBER 17, 1982 IN BOOK 653 AT PAGE 222, BEARING TAX MAP NUMBER 69.00-1-2,

                  Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
5:04-CV-1214(GHL)

## JUDGEMENT IN A CIVIL CASE

WHEREAS, by virtue of the Stipulated Settlement Agreement and Order of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on November 17, 2005, it is hereby

ORDERED, ADJUDGED AND DECREED that the substitute <u>res</u> remitted for the real property located at 1310 Spring Street, Port Byron, New York in the amount of $30,000 be forfeited to the United States of America for disposition in accordance with law.

12/20/05
Date

LAWRENCE K. BAERMAN
Clerk

(By) Deputy Clerk

[U.S. DISTRICT COURT - N.D. OF N.Y. FILED DEC 21 2005 AT ___ O'CLOCK ___ Lawrence K. Baerman, Clerk - Syracuse]